UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-CR-03748-AGS |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER GRANTING UNOPPOSED MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE (ECF 18)** |
| Julio Asael LEAL-PROANO, | |
| Defendant. | |

The United States' unopposed motion to dismiss the information without prejudice is **GRANTED**. The Information against defendant Julio Asael Leal-Proano is dismissed without prejudice.

DATED:  October 10, 2025

_____
Hon. ANDREW G. SCHOPLER
United States District Judge